

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: THE STATE OF TEXAS, | § | No. 08-19-00183-CR |
| State. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |

# **O R D E R**

The Court has considered the Real Party in Interest's motion to consolidate mandamus proceedings, and concludes the motion should be DENIED.

IT IS SO ORDERED this 31st day of October, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.